Christopher C. Simpson, 018626
Warren J. Stapleton, 018646
Andrew B. Haynes, 037755
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
E-mail:  csimpson@omlaw.com
        wstapleton@omlaw.com
        ahaynes@omlaw.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**MOAB BREWERS, LLC**, a Utah limited liability company<br><br>Debtor. | Chapter 11<br><br>No. 2:24-bk-00635-BMW<br><br>**MOTION FOR AN ORDER AUTHORIZING AND DIRECTING (1) JOINT ADMINISTRATION; (2) TRANSFER OF ASSIGNMENT OF CASES TO ONE JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |

Moab Brewers, LLC, debtor and debtor in possession ("**Moab**") by and through undersigned counsel, hereby moves this Court for an Order authorizing and directing (1) joint administration of the Debtors' bankruptcy proceeding; (2) transfer of assignment of cases to one judge; and (3) use of a consolidated caption. The cases sought to be jointly administered are this case, the case of CBC SubCo, Inc., Case No. 2:24-bk-00632-DPC (the instant case); Craft Beverage Cooperative, LLC, Case No. 2:24-bk 00633-BMW; the case of Heretic Brewing Company, Case No. 2:24-bk-00634-BKM; and the case of Moab Brewers, LLC, Case No. 2:24-bk-00635-BNW. CBC SubCo, Inc., Craft Beverage Cooperative, LLC, Heretic Brewing Company, and Moab Brewers, LLC are collectively referred to herein as the "**Debtors**".

This Motion requests immediate entry of an order granting the Motion and is brought on an emergency basis on expedited notice under Bankruptcy Rule 2002 and Local Rules United States Bankruptcy Court, District of Arizona, Rules 4001-4 and 9013(h) to avoid immediate and irreparable harm to the Debtors' estates.

This Motion is supported by the entire record before the Court and the following Memorandum of Points and Authorities incorporated by this reference:

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

#### A. The Chapter 11 Filings

On January 26, 2024, CBC SubCo, Inc., Case No. 2:24-bk-00632-DPC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code designating as a Subchapter V, commencing the instant case.

On January 26, 2024, Craft Beverage Cooperative, LLC, Inc. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing Case No. 2:24-bk-00633-BMW.

On January 26, 2024, Heretic Brewing Company, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing Case No. 2:24-bk-00634-BKM.

On January 26, 2024, Moab Brewers, LLC filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code commencing Case No. 2:24-bk-00635-BMW.

Since the commencement of these Chapter 11 cases the Debtors continue to operate and manage the assets of the Debtors as debtors and debtors-in-possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

This Court has jurisdiction over these Chapter 11 proceedings under 28 U.S.C. §§157 and 1334. These matters constitute core proceedings under 28 U.S.C. § 157(b)(2).

CBC Holdco, Inc. is an Arizona corporation. Craft Beverage Cooperative, LLC, is a Nevada limited liability company. Heretic Brewing Company, is a California corporation. Moab Brewers, LLC is a Utah limited liability company.

As stated, CBC Holdco, Inc. is an Arizona corporation. Craft Beverage Cooperative, LLC is the direct or indirect owner of each of the other Debtors and each of the Debtors are affiliates. Craft Beverage Cooperative, LLC maintains its principal place of business in Phoenix, Arizona. Accordingly, venue of all Debtors under these Chapter 11 proceedings is proper in this District under 28 U.S.C. §§ 1408 and 1409.

The relief requested by this Motion may be granted in accordance with the provisions of Bankruptcy Code § 105(a) and Bankruptcy Rule 1015.

## II. RELIEF REQUESTED

1. By this Motion the Debtors seek an order authorizing and directing: (1) joint administration of the bankruptcy proceedings; (2) transfer of assignment of the bankruptcy proceedings to one judge; and (3) use of a consolidated caption.

2. Pursuant to Rule 1015(b) of the Bankruptcy Rules, courts are authorized to jointly administer bankruptcy proceedings if the debtor entities are affiliated entities with proceedings pending in the same court. Specifically, Rule 1015(b) provides, in relevant part, as follows:

> If a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates.

3. The Debtors believe these cases should be jointly administered because all of the Debtors share common ownership and corporate management. Craft Beverage Cooperative, LLC, directly or indirectly holds 100% interest in each of the other Debtors and manages the Debtors operations. Because of the intertwined nature of the Debtors, all financial information is compiled by and in the control of the same management.

3

4. Accordingly, these cases should, out of sheer logistics and efficiency, be jointly administered. Entry of an order directing joint administration of these cases will eliminate duplicative notices, applications, and orders, and thereby save considerable time and expense for the Debtors and their estates. Such time and expense would be better spent maximizing estate assets and forming a plan of reorganization for payment to all creditors.

5. The Debtors request that one file and one docket be maintained for all four cases, which file shall be established for the lowest numbered case and which docket shall be the docket for the lowest numbered case. Each of the Debtors will maintain a separate file for proofs of claim for the specific Debtor and for filings that relate only to one specific Debtor such as the bankruptcy schedules and monthly operating reports.

6. The Debtors also request that the cases be transferred to the judge to whom the lowest numbered case was assigned, consistent with Rule 1073-1(d) of the Local Rules and the practices of this Court.

7. Finally, except as set forth below, the Debtors request that a consolidated form of caption be utilized for all pleadings and orders in all cases:

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| **CBC SUBCO, INC.,** an Arizona Corporation, | Subchapter V |
|  | Case No. 2:24-bk-00632-DPC |
|  | Case No. 2:24-bk-00633-BMW |
| Debtor. | Case No. 2:24-bk-00634-BKM |
|  | Case No.2:24-bk-00635-BMW |
| **CRAFT BEVERAGE COOPERATIVE, LLC**, a Nevada limited liability company, | (Jointly Administered) |
|  | (This pleading relates to: |
| Debtor. | CBC Subco, Inc. ☐<br>Craft Beverage Cooperative, LLC ☐ |

4

10234314
Case 2:24-bk-00635-BMW    Doc 3    Filed 01/27/24    Entered 01/27/24 16:58:05    Desc
Main Document    Page 4 of 6

|   |   |   |
|---|---|---|
| **HERETIC BREWING COMPANY**, a California corporation<br><br>Debtor. | Heretic Brewing Company<br>Moab Brewers, LLC<br><br>All Debtors: | ☐<br><br>☐ ) |
| **MOAB BREWERS, LLC**, a Utah limited liability company<br><br>Debtor. | | |

8. Joint administration of these bankruptcy cases will not result in any prejudice to the Debtors' creditors or other parties-in-interest. In fact, joint administration is in the best interest of the four bankruptcy estates, since the issues pertain to common creditors and management interests. As such, the vast majority of motions, hearings, and orders in all cases will affect all four of the Debtors. Consequently, joint administration will facilitate the administration process, as well as ease the burden and expense of administering these estates.

**WHEREFORE**, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Respectfully submitted this 27th day of January, 2024.

        **OSBORN MALEDON, P.A.**

        By:   */s/ Christopher Simpson*
                Christopher C. Simpson
                Warren J. Stapleton
                Andrew B. Haynes
                2929 North Central Avenue
                Suite 2000
                Phoenix, Arizona 85012
                *Proposed Counsel for Debtors*

COPY of the foregoing sent via U.S. Mail this 29th day of January, 2024:

Western Alliance Bank               Alpha Laval
1 E Washinton St #1400            PO Box 123227
Phoenix AZ 85004                    Dallas TX 75312

5

10234314
Case 2:24-bk-00635-BMW   Doc 3   Filed 01/27/24   Entered 01/27/24 16:58:05   Desc
Main Document     Page 5 of 6

| | |
|---|---|
| Berlin Packaging, LLC<br>525 W Monroe St 14th Flr<br>Chicago IL 60661 | Briess Industries, Inc.<br>PO Box 88679<br>Milwaukee, WI 53288 |
| Proximity Mailing<br>644 S 5th St<br>Milwaukee WI 53204 | Sysco Intermountain Foods<br>PO Box 190<br>West Jordan, UT 84084 |
| Veritiv<br>100 Abernathy Rd Ste 400<br>Atlanta GA 30328 | Moab Brewhouse, LC<br>c/o James Waddoups<br>95 S State St Ste 2300<br>Salt Lake City UT 84111 |
| Utah State Tax Commission – Sales Tax<br>210 N 1950 W<br>Salt Lake City UT 84134 | United Healthcare<br>PO Box 94017<br>Palatine, IL 60094 |
| Paktech<br>1680 Irving Rd<br>Eugene OR 97402 | Divvy<br>13701 S 200 W Ste 100<br>Draper UT 84020 |
| Carlson Distributing<br>1864 S 3730 W<br>Salt Lake City UT 84104 | Packard Wholesale Co<br>1500 Spanish Valley Dr<br>PO Box 185<br>Moab UT 84532 |
| Brewcasa LC<br>c/o James Waddoups<br>95 S State St Ste 2300<br>Salt Lake City UT 84111 | Dominion Energy<br>PO Box 27031<br>Richmond VA 23261 |
| US Tape and Label<br>2092 Westport Center Dr<br>Saint Louis MO 63146 | Interwest Transportation<br>PO Box 25084<br>Salt Lake City, UT 84125 |
| Federal TTB-Alcohol and Tobacco<br>1310 G St NW<br>Box 12<br>Washington, DC 200005 | Rocky Mountain Power<br>PO Box 26000<br>Portland OR 97256 |

/s/ Peggy Nieto

6

10234314
Case 2:24-bk-00635-BMW    Doc 3    Filed 01/27/24    Entered 01/27/24 16:58:05    Desc
Main Document    Page 6 of 6