Joseph E. Cotterman (Bar No. 013800)
5232 West Oraibi Drive
Glendale, Arizona 85308
Telephone: (480) 353-0540
Cottermail@cox.net
*SubChapter V Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Moab Brewers, LLC,<br><br>Debtor. | In Proceedings under Chapter 11 Subchapter V<br><br>Case No. 2:24-bk-00635-BMW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Joseph E. Cotterman, hereby make my appearance as Subchapter V Trustee in the case captioned above, and request that all notices and papers required to be delivered or served on me be directed to:

Joseph E. Cotterman
5232 West Oraibi Drive
Glendale, Arizona 85308
Cottermail@cox.net

I prefer and request service by email unless another form of service is specifically required by any applicable statute, rule, or court order. This request encompasses all notices, pleadings, orders, and other papers or matters of record that affect the estate created under Title 11 of the United States Code and the Bankruptcy Rules.

Dated: January 30, 2024.

/s/ *Joseph E. Cotterman* SBN 013800
Joseph E. Cotterman