Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Moab Brewers, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | **2:24-bk-00635-BMW** |

■ Check if this is an

amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Western Alliance Bank 1E Washington St #1400 Phoenix, AZ 85004** | lori.edwards@bridgebank.com | | | **$3,392,856.86** | **$936,565.92** | **$2,456,290.94** |
| **Alpha Laval PO Box 123227 Dallas, TX 75312** | | | | | | **$82,250.00** |
| **Berlin Packaging, LLC 525 W Monroe St 14th Flr Chicago, IL 60661** | | | | | | **$61,507.28** |
| **Briess Industries, Inc. PO Box 88679 Milwaukee, WI 53288** | | | | | | **$28,361.50** |
| **Sysco Intermountain Foods PO Box 190 West Jordan, UT 84084** | | | | | | **$27,424.01** |
| **Proximity Malt 644 South 5th Street Milwaukee, WI 53204** | | | | | | **$24,909.00** |
| **Veritiv 100 Abernathy Rd Ste 400 Atlanta, GA 30328** | | | | | | **$20,645.12** |
| **Utah State Tax Commission - Sales Tax 210 N 1950 W Salt Lake City, UT 84134** | | | | | | **$20,076.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Healthcare PO Box 94017 Palatine, IL 60094** | | | | | | **$18,563.54** |
| **Paktech 1680 Irving Rd Eugene, OR 97402** | | | | | | **$13,869.96** |
| **Divvy 13707 S 200 W Ste 100 Draper, UT 84020** | | | | | | **$9,070.81** |
| **Carlson Distributing 1864 S 3730 W Salt Lake City, UT 84104** | | | **Subject to Setoff** | | | **$8,185.53** |
| **Packard Wholesale Co. 1500 Spanish Valley Dr PO Box 185 Moab, UT 84532** | | | | | | **$7,999.40** |
| **Interwest Transportation PO Box 25084 Salt Lake City, UT 84125** | | | | | | **$6,942.10** |
| **Rocky Mountain Air Solutions PO Box 78000 Detroit, MI 48278** | | | | | | **$6,424.95** |
| **Dominion Energy PO Box 27031 Richmond, VA 23261** | | **Shared Utility with Moab Brewhouse, LLC; Brewcasa LLC** | | | | **$6,013.24** |
| **US Tape and Label 2092 Westport Center Dr Saint Louis, MO 63146** | | | | | | **$5,712.97** |
| **Federal TTB - Alcohol and Tobacco and 1310 G St NW Box 12 Washington, DC 20005** | | | | | | **$4,729.00** |
| **Rocky Mountain Power PO Box 26000 Portland, OR 97256** | | **Shared utility with Moab Brewhouse, LLC and Brewhouse, LLC** | | | | **$4,660.97** |
| **Heartland Credit Card Processing** | | **NEED ADDRESS AND ACCOUNT# INFORMATION** | | | | **$4,000.00** |

Official form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims            page 2