**Fill in this information to identify the case:**

Debtor name    **Moab Brewers, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:24-bk-00635-BMW**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 2, 2024**     X **/s/ George Cole Jackson**
                                                  Signature of individual signing on behalf of debtor

                                                  **George Cole Jackson**
                                                  Printed name

                                                  **Authorized Signatory**
                                                  Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................   $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................   $      484,103.40

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................   $      484,103.40

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      3,392,856.86

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $      25,822.90

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$      366,233.78

4.   Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b       $      3,784,913.54

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 2:24-bk-00635-DPC    Doc 19    Filed 02/02/24    Entered 02/02/24 20:30:52    Desc
Main Document     Page 2 of 42

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$3,735.98** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Zions Bank** | **Checking** | **5036** | **$2,691.03** |
| 3.2. | **Zions Payroll Account** | **Checking** | **2945** | **$5,231.67** |
| 3.3. | **Western Alliance Bank - Operating** | **Checking** | **8383** | **$54,952.64** |
| 3.4. | **Western Alliance Payroll** | **Checking** | **7722** | **$0.00** |
| 3.5. | **Western Alliance Bank Sweep Account** | **Checking** | **1729** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$66,611.32** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 119,243.69 | - | 0.00 | = .... | $119,243.69 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

|  |
|---|
| **$119,243.69** |

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials<br>**Raw Materials** | | Unknown | Liquidation | $41,963.26 |
| 20.   **Work in progress**<br>**Work in Progress - Brewery - Perishable** | | Unknown | Liquidation | $0.00 |
| 21.    **Finished goods, including goods held for resale** | | | | |

Case 2:24-bk-00635-DPC    Doc 19    Filed 02/02/24    Entered 02/02/24 20:30:52    Desc
Main Document     Page 4 of 42

| | | | | |
|---|---|---|---|---|
| **Brewery, Distillery, Package Agency - Purchased within 20 days of filing** | | Unknown | Liquidation | $40,356.98 |

| | | | | |
|---|---|---|---|---|
| 22. | **Other inventory or supplies Restaurant supplies - Purchased within 20 days of filing** | Unknown | Liquidation | $0.00 |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

    | $82,320.24 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    - ■ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ■ No
    - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    - ■ No. Go to Part 7.
    - ☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    - ☐ No. Go to Part 8.
    - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture - depreciation schedule available** | Unknown | Liquidation | $0.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment - depreciation schedule available** | Unknown | Liquidation | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                    **$0.00**
      Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Depreciation schedule available | Unknown | Liquidation | $822.80 |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Brewery, Distillery, Restaurant, Leasehold improvements - depreciation schedule available** | Unknown | Liquidation | $58,197.53 |

51.   **Total of Part 8.**                                                    **$59,020.33**
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Trademark** | **Unknown** | **Liquidation** | **$10,000.00** |
| 61. **Internet domain names and websites** **themoabbrewery.com** | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Amortization or similar schedule available** | **$0.00** | **Liquidation** | **$0.00** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$10,000.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) **Intercompany loan from Heretic Brewing Company**    132,344.61 − 0.00 =    Total face amount    doubtful or uncollectible amount | **$132,344.61** |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

| **State Withholding Tax refund - Discounted for uncertainty** | Tax year | **$14,563.21** |
|---|---|---|

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.                **$146,907.82**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Moab Brewers, LLC**             Case number *(If known)*   **2:24-bk-00635-BMW**
<br>Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $66,611.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $119,243.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $82,320.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $59,020.33 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $146,907.82 | |
| 91. **Total.** Add lines 80 through 90 for each column | $484,103.40 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $484,103.40 |

# MOAB BREWERS, LLC
## CASE NO. 2:24-BK-00635-DPC

## ATTACHMENT TO SCHEDULE A/B

**Part 5** – Inventory, excluding agriculture assets

24.  Is any of the property listed in Part 5 perishable?
YES

**Part 8 – Machinery, equipment, and vehicles**

52.  Is a depreciation schedule available for any of the property listed in Part 8?
YES

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?
YES – Western Alliance Bank did a valuation of fixed assets in 2023.

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

| **2.1** **Western Alliance Bank** | Describe debtor's property that is subject to a lien | **$3,392,856.86** | **$1,057,496.52** |
|---|---|---|---|

Creditor's Name

**1E Washington St #1400**
**Phoenix, AZ 85004**

Creditor's mailing address

Describe the lien
**Lien resulting from a UCC 1**

**lori.edwards@bridgebank.com**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**xxxx**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$3,392,856.86**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$4,729.00** | **$4,729.00** |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Federal TTB - Alcohol and Tobacco and 1310 G St NW Box 12 Washington, DC 20005** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$1,017.90** | **$1,017.90** |

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|
| **Utah Department of Alcoholic Bev Control PO Box 30408 Salt Lake City, UT 84130** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,076.00 | $20,076.00 |
|---|---|---|---|---|

**Utah State Tax Commission - Sales Tax**
**210 N 1950 W**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,250.00 |
|---|---|---|---|

**Alpha Laval**
**PO Box 123227**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $856.26 |
|---|---|---|---|

**ALSCO**
**PO Box 370**
**Grand Junction, CO 81502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,111.20 |
|---|---|---|---|

**Aron Smith**
**PO BOx 502**
**Moab, UT 84532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,507.28 |
|---|---|---|---|

**Berlin Packaging, LLC**
**525 W Monroe St 14th Flr**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,361.50 |
|---|---|---|---|

**Briess Industries, Inc.**
**PO Box 88679**
**Milwaukee, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:24-bk-00635-DPC    Doc 19    Filed 02/02/24    Entered 02/02/24 20:30:52    Desc
Main Document     Page 13 of 42

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,220.00 |
|---|---|---|---|

**Brokerage & Transportation Sales**
PO Box 1818
Arlington Heights, IL 60006

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Canyonlands Advertising**
PO Box 698
Moab, UT 84532

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,185.53 |
|---|---|---|---|

**Carlson Distributing**
1864 S 3730 W
Salt Lake City, UT 84104

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $809.00 |
|---|---|---|---|

**Cask Brewing Systems, Inc.**
Bay 60, 5100 - 64 Ave SE
Calgary AB T2C 4V3
CANADA

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,312.91 |
|---|---|---|---|

**City of Moab**
217 E Center St
Moab, UT 84532

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $434.07 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
PO Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.58 |
|---|---|---|---|

**Desert West Office Supply**
53 West 100 South
Moab, UT 84532

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,070.81 |
|------|---|---|---|

**Divvy**
**13707 S 200 W Ste 100**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,013.24 |
|------|---|---|---|

**Dominion Energy**
**PO Box 27031**
**Richmond, VA 23261**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Shared Utility with Moab Brewhouse, LLC; Brewcasa LLC_

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532.96 |
|------|---|---|---|

**Farmer Brothers**
**PO Box 79705**
**City of Industry, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.95 |
|------|---|---|---|

**Gen Digital, Inc.**
**PO Box 743560**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|------|---|---|---|

**Grand County High School**
**Attn: Libby Vaccaro**
**608 South 400 East**
**Moab, UT 84532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.74 |
|------|---|---|---|

**Guardian Life Insurance Company**
**PO Box 677458**
**Dallas, TX 75267-7458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|------|---|---|---|

**Heartland Credit Card Processing**
**One Heartland Way**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,942.10** |
|---|---|---|---|

**Interwest Transportation**
**PO Box 25084**
**Salt Lake City, UT 84125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,161.66** |
|---|---|---|---|

**L2 Brands, LLC**
**300 Fame Ave**
**Hanover, PA 17331**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Moab Film Services Rentals**
**4387 Blu Vista Dr**
**Moab, UT 84532**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**Moab Ice**
**2650 S Hwy 191**
**Moab, UT 84532**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,684.88** |
|---|---|---|---|

**Nexus IT Consultants**
**650 S 500 W Ste 193**
**Salt Lake City, UT 84101**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,999.40** |
|---|---|---|---|

**Packard Wholesale Co.**
**1500 Spanish Valley Dr**
**PO Box 185**
**Moab, UT 84532**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,869.96** |
|---|---|---|---|

**Paktech**
**1680 Irving Rd**
**Eugene, OR 97402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**3.27** Nonpriority creditor's name and mailing address
**Proximity Malt**
**644 South 5th Street**
**Milwaukee, WI 53204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24,909.00

---

**3.28** Nonpriority creditor's name and mailing address
**Quanta Studio**
**5700 N Lynwood Pl**
**Boise, ID 83706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$169.10

---

**3.29** Nonpriority creditor's name and mailing address
**Rocky Mountain Air Solutions**
**PO Box 78000**
**Detroit, MI 48278**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,424.95

---

**3.30** Nonpriority creditor's name and mailing address
**Rocky Mountain Power**
**PO Box 26000**
**Portland, OR 97256**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Shared utility with Moab Brewhouse, LLC and Brewhouse, LLC**

Is the claim subject to offset? ■ No ☐ Yes

$4,660.97

---

**3.31** Nonpriority creditor's name and mailing address
**Skyler Currie**
**PO BOx 274**
**Norwood, CO 81423**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.32** Nonpriority creditor's name and mailing address
**Solid Waste Special Service District #1**
**2295 S Highway 191**
**Moab, UT 84532**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,178.00

---

**3.33** Nonpriority creditor's name and mailing address
**Southeastern Utah Health Dept**
**PO Box 800**
**149 E 100 S**
**Price, UT 84501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$299.00

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,395.99** |
|------|------|------|------|

**Swire Coca Cola**
**12634 South 265 West**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,424.01** |
|------|------|------|------|

**Sysco Intermountain Foods**
**PO Box 190**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$342.00** |
|------|------|------|------|

**TGT, Inc.**
**750 Randolph Rd**
**Detroit Lakes, MN 56501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,626.21** |
|------|------|------|------|

**Thorpe North and Western**
**8180 S 700 E Ste 350**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$943.70** |
|------|------|------|------|

**True Value Hardware**
**260 S Main St**
**Moab, UT 84532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,563.54** |
|------|------|------|------|

**United Healthcare**
**PO Box 94017**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,712.97** |
|------|------|------|------|

**US Tape and Label**
**2092 Westport Center Dr**
**Saint Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,645.12 |
|---|---|---|---|
| | **Veritiv**<br>**100 Abernathy Rd Ste 400**<br>**Atlanta, GA 30328** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|
| | **Vic-Key Consultants**<br>**414 Hemlock St**<br>**Hollidaysburg, PA 16648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.52 |
|---|---|---|---|
| | **VIP**<br>**402 Watertower Circle**<br>**Colchester, VT 05446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,161.87 |
|---|---|---|---|
| | **World Jerseys**<br>**1200 Billy Mitchell Dr Ste D**<br>**El Cajon, CA 92020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,360.80 |
|---|---|---|---|
| | **Zunich Bros Mechanical LLC**<br>**PO Box 329**<br>**Moab, UT 84532** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 25,822.90 |
| 5b. Total claims from Part 2 | 5b. + | $ | 366,233.78 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 392,056.68 |

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **690 S Main St, Moab UT 84532** | |
| | State the term remaining | 09/30/2032 | **Brewcasa LC** |
| | List the contract number of any government contract | | **1776 Park Ave Ste 4-122 Park City, UT 84060** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **686 S Main Street, Moab UT, 84532** | |
| | State the term remaining | 9/30/2032 | **Moab Brewhouse LC** |
| | List the contract number of any government contract | | **95 S State St Ste 2300 Salt Lake City, UT 84111** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **60 Cedar Ave, Moab UT 84532** | |
| | State the term remaining | 02/28/2025 | **Shafer Family Trust** |
| | List the contract number of any government contract | | **50 S 300 E Moab, UT 84532** |

Fill in this information to identify the case:

Debtor name    **Moab Brewers, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:24-bk-00635-BMW**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **CBC SubCo, Inc.** | **7150 E Camelback Rd Ste 230 Scottsdale, AZ 85251** | **Western Alliance Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Craft Beverage Cooperative, LLC** | **7150 E Camelback Rd Ste 230 Scottsdale, AZ 85251** | **Western Alliance Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **Heretic Brewing Company** | **7150 E Camelback Rd Ste 230 Scottsdale, AZ 85251** | **Western Alliance Bank** | ☑ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Moab Brewers, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known) __**2:24-bk-00635-BMW**__

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$232,240.55** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$7,495,071.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$8,580,363.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Western Alliance Bank**<br>**1 E Washington St #1400**<br>**Phoenix, AZ 85004** | **10/02/2023;**<br>**11/01/2023;**<br>**11/28/2023;**<br>**12/01/2023;**<br>**12/10/2023;**<br>**01/02/2024** | **$181,183.82** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Sysco Intermountain Foods**<br>**PO Box 190**<br>**West Jordan, UT 84084** | **10/30/2023;**<br>**11/08/2023;**<br>**11/10/2023;**<br>**11/17/2023;**<br>**11/30/2023;**<br>**12/08/2023;**<br>**12/15/2023;**<br>**12/22/2023;**<br>**01/08/2024;** | **$173,661.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Utah State Tax Commission - Sales Tax**<br>**210 N 1950 W**<br>**Salt Lake City, UT 84134** | **11/21/2023;**<br>**01/02/2024** | **$91,186.52** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Moab Brewhouse, LC**<br>**c/o Scott Sabey**<br>**95 S State St Ste 2300**<br>**Salt Lake City, UT 84111** | **11/24/2023;**<br>**12/27/2023;**<br>**01/26/2024** | **$69,330.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Proximity Malt**<br>**644 S 5th St**<br>**Milwaukee, WI 53204** | **11/10/2023;**<br>**01/08/2024** | **$49,913.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Alpha Laval**<br>**PO Box 123227**<br>**Dallas, TX 75312** | **10/27/2023** | **$35,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **United Healthcare**<br>**PO Box 94017**<br>**Palatine, IL 60094** | **12/04/2023;**<br>**01/02/2024** | **$34,458.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Universal Packaging Corp.**<br>**1810 Kosmina Rd**<br>**CANADA**<br>**Vernon BC V1T 8T2** | **11/22/2023** | **$32,432.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Briess Industries**<br>**PO Box 88679**<br>**Milwaukee, WI 53288** | **11/24/2023** | **$28,309.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Grand County Treasurer**<br>**PO Box 1268**<br>**125 E Center**<br>**Moab, UT 84532** | **12/06/2023** | **$26,862.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Berlin Packing LLC**<br>**525 W Monrose St 14th Floor**<br>**Chicago, IL 60661** | **10/30/2023;**<br>**12/15/2023** | **$21,102.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Utah State Commission - Beer Tax**<br>**210 N 1950 W**<br>**Salt Lake City, UT 84134** | **11/31/2023;**<br>**01/02/2024** | **$20,768.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Brewcasa, LC**<br>**1776 Park Ave Ste 4-122**<br>**Park City, UT 84060** | **11/24/2023;**<br>**12/27/2023;**<br>**01/26/2024** | **$20,412.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Packard Wholesale Co.**<br>**1500 Spanish Valley Dr**<br>**PO Box 185**<br>**Moab, UT 84532** | **10/30/2023;**<br>**11/09/2023;**<br>**11/24/2023;**<br>**12/15/2023;**<br>**01/08/2024** | **$19,260.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Hop Alliance**<br>**51960 W 12 Mile Rd**<br>**Wixom, MI 48393** | **11/03/2023** | **$18,375.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Philadelphia Insurance Company**<br>PO BOx 70251<br>Philadelphia, PA 19176 | 10/30/2023;<br>11/24/2023 | $18,194.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. **Clara C. Shafer**<br>59 S 300 E<br>Moab, UT 84532 | 11/24/2023;<br>12/15/2023;<br>12/27/2023;<br>01/26/2024 | $15,119.28 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Yakima Chief Hops**<br>306 Division St<br>Yakima, WA 98902 | 11/24/2023 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Utah Department of Alcoholic Bev Control**<br>PO BOx 30408<br>Salt Lake City, UT 84130 | 10/30/2023;<br>11/29/2023;<br>12/26/2023; | $14,866.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. **Interwest Transportation**<br>PO Box 25084<br>Salt Lake City, UT 84125 | 10/30/2023;<br>11/10/2023;<br>11/24/2023;<br>12/15/2023;<br>01/08/2024 | $14,642.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **A&E Electric, Inc.**<br>956 S Main St<br>Moab, UT 84532 | 12/15/2023 | $12,537.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Veritiv**<br>100 Abernathy Rd Ste 400<br>Atlanta, GA 30328 | 11/10/2023 | $12,127.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Rocky Mountain Power**<br>PO Box 26000<br>Portland, OR 97256 | 11/24/2023;<br>01/04/2024 | $10,883.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.24. **Dominion Energy**<br>PO Box 27031<br>Richmond, VA 23261 | 11/10/2023;<br>12/15/2023 | $9,599.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.25. **City of Moab**<br>217 E Center St<br>Moab, UT 84532 | 11/22/2023;<br>12/22/2023; | $8,315.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. **Osborn Maledon**<br>2929 N Central Ave Ste 2000<br>Phoenix, AZ 85012 | 12/01/2023 | $8,197.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. **Zee/Loeffler Chemical Corporation**<br>412 Georgia Ave Ste 300<br>Chattanooga, TN 37403 | 11/10/2023 | $8,079.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Carlson Distributing**<br>1864 S 3730 W<br>Salt Lake City, UT 84104 | 10/30/2023;<br>11/24/2023 | $6,918.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Rocky Mountain Air Solutions**<br>PO Box 26000<br>Portland, OR 97256 | 11/24/2023;<br>01/04/2024 | $6,846.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Thorpe North and Western**<br>8180 S 700 E Ste 350<br>Sandy, UT 84070 | 10/30/2023;<br>12/15/2023 | $5,602.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. **Farmer Brothers**<br>PO Box 79705<br>Baldwin Park, CA 91706 | 11/09/2023;<br>11/24/2023 | $722.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.32. **VIP**<br>**402 Watertower Circle**<br>**Colchester, VT 05446** | 10/30/2023 | $455.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **The Daverhaft Trust**<br><br>**Jordan Tate, Manager** | 05/01/2023 | $111,111.11 | **Repayment of inventory financing** |
| 4.2. **RW Investors LLC**<br><br>**Rob Wolfman, Manager** | 05/01/2023 | $111,111.11 | **Repayment of inventory financing** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Osborn Maledon, P.A.**<br>**2929 N Central Ave Ste 2100**<br>**Phoenix, AZ 85012** | | **01/19/2024** | **$40,000.00** |
| | Email or website address<br>**omlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

Name of plan                                              Employer identification number of the plan
**Moab Brewers 401K Retirement Plan**                     EIN:  **87-0552315**

Has the plan been terminated?
■ No
☐ Yes

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|----------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **John Turner, Controller**<br>**Moab Brewery**<br>**866 S Main St**<br>**Moab, UT 84532** | **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Baker TIlly**<br>**2055 E Warner Rd Ste 101**<br>**Tempe, AZ 85284** | **Annual Audit from<br>2020 to 2023<br>(Formerly Henry +<br>Horne)** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27.  Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
■  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **John Turner** | **12/31/2023** | **Cost - $1,115,412.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Moab Brewers LLC**<br>**7150 E Camelback Rd Ste 230**<br>**Scottsdale, AZ 85251** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Craft Beverage Cooperative, LLC** | **7150 E Camelback Rd Ste 230 Scottsdale, AZ 85251** | **Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jordan Tate** | **7150 E Camelback Rd Ste 230 Scottsdale, AZ 85251** | **Manager** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rob Wolfman** | **7150 E Camelback Rd Ste 230 Scottsdale, AZ 85251** | **Manager** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Craft Beverage Cooperative, LLC** | **EIN:      84-2996392** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  2, 2024** _____

**/s/ George Cole Jackson** _____    **George Cole Jackson** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Authorized Signatory** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re   **Moab Brewers, LLC**

Case No.   **2:24-bk-00635-BMW**

Debtor(s)

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                        $                 **0.00**

Prior to the filing of this statement I have received            $                 **0.00**

Balance Due                                                                    $                 **0.00**

2.  The source of the compensation paid to me was:

■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  2, 2024**

*Date*

**/s/ Christopher C. Simpson**
**Christopher C. Simpson**
*Signature of Attorney*
**OSBORN MALEDON, P.A.**
**2929 N. Central Avenue**
**Suite 2100**
**Phoenix, AZ 85012**
**602-640-9349  Fax: 602-640-9050**
**csimpson@omlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Arizona

In re   **Moab Brewers, LLC**         Case No.   **2:24-bk-00635-BMW**

Debtor(s)         Chapter   **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Authorized Signatory of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __5__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:   **February 2, 2024**         **/s/ George Cole Jackson**

**George Cole Jackson/Authorized Signatory**
Signer/Title

Date:   **February 2, 2024**         **/s/ Christopher C. Simpson**

Signature of Attorney
**Christopher C. Simpson**
**OSBORN MALEDON, P.A.**
**2929 N. Central Avenue**
**Suite 2100**
**Phoenix, AZ 85012**
**602-640-9349  Fax: 602-640-9050**

ALPHA LAVAL
PO BOX 123227
DALLAS TX 75312

ALSCO
PO BOX 370
GRAND JUNCTION CO 81502

ARON SMITH
PO BOX 502
MOAB UT 84532

BERLIN PACKAGING, LLC
525 W MONROE ST 14TH FLR
CHICAGO IL 60661

BREWCASA LC
1776 PARK AVE STE 4-122
PARK CITY UT 84060

BRIESS INDUSTRIES, INC.
PO BOX 88679
MILWAUKEE WI 53288

BROKERAGE & TRANSPORTATION SALES
PO BOX 1818
ARLINGTON HEIGHTS IL 60006

CANYONLANDS ADVERTISING
PO BOX 698
MOAB UT 84532

CARLSON DISTRIBUTING
1864 S 3730 W
SALT LAKE CITY UT 84104

CASK BREWING SYSTEMS, INC.
BAY 60, 5100 - 64 AVE SE
CALGARY AB T2C 4V3
CANADA

CBC SUBCO, INC.
7150 E CAMELBACK RD STE 230
SCOTTSDALE AZ 85251

CITY OF MOAB
217 E CENTER ST
MOAB UT 84532


CRAFT BEVERAGE COOPERATIVE, LLC
7150 E CAMELBACK RD STE 230
SCOTTSDALE AZ 85251


DE LAGE LANDEN FINANCIAL SERVICES, INC.
PO BOX 41602
PHILADELPHIA PA 19101-1602


DESERT WEST OFFICE SUPPLY
53 WEST 100 SOUTH
MOAB UT 84532


DIVVY
13707 S 200 W STE 100
DRAPER UT 84020


DOMINION ENERGY
PO BOX 27031
RICHMOND VA 23261


FARMER BROTHERS
PO BOX 79705
CITY OF INDUSTRY CA 91716


FEDERAL TTB - ALCOHOL AND TOBACCO AND
1310 G ST NW
BOX 12
WASHINGTON DC 20005


GEN DIGITAL, INC.
PO BOX 743560
LOS ANGELES CA 90074


GRAND COUNTY HIGH SCHOOL
ATTN: LIBBY VACCARO
608 SOUTH 400 EAST
MOAB UT 84532


GUARDIAN LIFE INSURANCE COMPANY
PO BOX 677458
DALLAS TX 75267-7458

HEARTLAND CREDIT CARD PROCESSING
ONE HEARTLAND WAY
JEFFERSONVILLE IN 47130


HERETIC BREWING COMPANY
7150 E CAMELBACK RD STE 230
SCOTTSDALE AZ 85251


INTERWEST TRANSPORTATION
PO BOX 25084
SALT LAKE CITY UT 84125


L2 BRANDS, LLC
300 FAME AVE
HANOVER PA 17331


MOAB BREWHOUSE LC
95 S STATE ST STE 2300
SALT LAKE CITY UT 84111


MOAB FILM SERVICES RENTALS
4387 BLU VISTA DR
MOAB UT 84532


MOAB ICE
2650 S HWY 191
MOAB UT 84532


NEXUS IT CONSULTANTS
650 S 500 W STE 193
SALT LAKE CITY UT 84101


PACKARD WHOLESALE CO.
1500 SPANISH VALLEY DR
PO BOX 185
MOAB UT 84532


PAKTECH
1680 IRVING RD
EUGENE OR 97402


PROXIMITY MALT
644 SOUTH 5TH STREET
MILWAUKEE WI 53204

QUANTA STUDIO
5700 N LYNWOOD PL
BOISE ID 83706

ROCKY MOUNTAIN AIR SOLUTIONS
PO BOX 78000
DETROIT MI 48278

ROCKY MOUNTAIN POWER
PO BOX 26000
PORTLAND OR 97256

SHAFER FAMILY TRUST
50 S 300 E
MOAB UT 84532

SKYLER CURRIE
PO BOX 274
NORWOOD CO 81423

SOLID WASTE SPECIAL SERVICE DISTRICT #1
2295 S HIGHWAY 191
MOAB UT 84532

SOUTHEASTERN UTAH HEALTH DEPT
PO BOX 800
149 E 100 S
PRICE UT 84501

SWIRE COCA COLA
12634 SOUTH 265 WEST
DRAPER UT 84020

SYSCO INTERMOUNTAIN FOODS
PO BOX 190
WEST JORDAN UT 84084

TGT, INC.
750 RANDOLPH RD
DETROIT LAKES MN 56501

THORPE NORTH AND WESTERN
8180 S 700 E STE 350
SANDY UT 84070

TRUE VALUE HARDWARE
260 S MAIN ST
MOAB UT 84532


UNITED HEALTHCARE
PO BOX 94017
PALATINE IL 60094


US TAPE AND LABEL
2092 WESTPORT CENTER DR
SAINT LOUIS MO 63146


UTAH DEPARTMENT OF ALCOHOLIC BEV CONTROL
PO BOX 30408
SALT LAKE CITY UT 84130


UTAH STATE TAX COMMISSION - SALES TAX
210 N 1950 W
SALT LAKE CITY UT 84134


VERITIV
100 ABERNATHY RD STE 400
ATLANTA GA 30328


VIC-KEY CONSULTANTS
414 HEMLOCK ST
HOLLIDAYSBURG PA 16648


VIP
402 WATERTOWER CIRCLE
COLCHESTER VT 05446


WESTERN ALLIANCE BANK
1E WASHINGTON ST #1400
PHOENIX AZ 85004


WORLD JERSEYS
1200 BILLY MITCHELL DR STE D
EL CAJON CA 92020


ZUNICH BROS MECHANICAL LLC
PO BOX 329
MOAB UT 84532

# United States Bankruptcy Court
## District of Arizona

In re   **Moab Brewers, LLC**      Case No.   **2:24-bk-00635-BMW**

Debtor(s)      Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Moab Brewers, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  2, 2024**

Date

**/s/ Christopher C. Simpson**

**Christopher C. Simpson**

Signature of Attorney or Litigant

Counsel for   **Moab Brewers, LLC**

**OSBORN MALEDON, P.A.**
**2929 N. Central Avenue**
**Suite 2100**
**Phoenix, AZ 85012**
**602-640-9349 Fax:602-640-9050**
**csimpson@omlaw.com**

**AMENDED**
**CONSOLIDATED**
**CRAFT BEVERAGE COOPERATIVE, LLC**
**BALANCE SHEET AT LIQUIDATION VALUE**

| | Moab | Heretic | CBC | CBC SubCo | Elimination | Total |
|---|---|---|---|---|---|---|
| Cash and cash equivalents | 66,561.32 | 126,909.81 | 5,087.38 | 2,500.00 | | 201,058.51 |
| Accounts receivable | 246,244.81 | 271,460.66 | - | | (127,001.12) | 390,704.35 |
| Credit card receivables | 11,111.89 | 26,882.79 | - | - | | 37,994.68 |
| Other receivables | 30,702.46 | - | 19,955.05 | - | (16,139.25) | 34,518.26 |
| Inventory | 82,320.24 | 87,976.25 | - | - | | 170,296.49 |
| Prepaid expenses | - | - | - | - | | - |
| Other assets | - | - | | | | - |
| Fixed assets | 59,020.33 | 143,903.91 | - | - | | 202,924.23 |
| Trademarks | 10,000.00 | 10,000.00 | - | - | | 20,000.00 |
| **Total Assets** | **505,961.05** | **667,133.41** | **25,042.43** | **2,500.00** | **(143,140.37)** | **1,057,496.52** |
| | - | | | | | - |
| Accounts payable | 360,791.57 | 853,229.96 | - | - | (143,140.37) | 1,070,881.16 |
| Credit cards payable | | 84,182.85 | | | | 84,182.85 |
| Accrued expenses | 57,028.33 | 106,774.60 | - | - | | 163,802.93 |
| Accrued payroll | - | 112,919.10 | - | - | | 112,919.10 |
| Accrued TTB taxes | - | 57,754.82 | | | | 57,754.82 |
| Gift card liability | 41,338.02 | 8,559.83 | - | - | | 49,897.85 |
| Western Alliance term loan | 1,696,428.45 | 1,696,428.45 | - | | | 3,392,856.90 |
| Accrued interest | - | - | | | | - |
| Note payable | - | - | 25,824.53 | - | | 25,824.53 |
| Keg deposits | 30,270.00 | 20,074.90 | - | - | | 50,344.90 |
| **Total Liabilities** | **2,185,856.37** | **2,939,924.51** | **25,824.53** | **-** | **(143,140.37)** | **5,008,465.04** |
| Retained earnings | 720,376.44 | (1,132,028.84) | (351,375.13) | - | - | (763,027.53) |
| Stockholder's equity | 1,554,632.69 | 3,360,340.40 | 6,100,000.00 | 1,541,430.64 | (7,288,337.61) | 5,268,066.12 |
| Loss on liquidation | (3,954,904.45) | (4,501,102.66) | (5,749,406.97) | (1,538,930.64) | 7,288,337.61 | (8,456,007.11) |
| **Total Liabilities and Equity** | **505,961.05** | **667,133.41** | **25,042.43** | **2,500.00** | **(143,140.37)** | **1,057,496.52** |